SAMUEL I. NEWHOUSE, Respondent, v. MARTIN WEISS and Others, Copartners, etc., Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.

VERONICA PETRULLA, Also Known as VERONICA ZVIRBLIS, Respondent, v. ELSA BROSLIN, as Administratrix, etc., of JOHN BROSLIN, Deceased, Respondent. RICHMOND COUNTY BUILDING AND MUTUAL LOAN ASSOCIATION, Appellant, v. ELSA BROSLIN, Individually and as Administratrix, etc., of JOHN BROSLIN, Deceased, ALLISTER K. LONGAIR and Others, Respondents. In the Matter of the Petition of VERONICA PETRULLA, General Guardian of the Person and Property of VERONICA ZVIRBLIS, to Revoke Letters of Administration of ELSA BROSLIN, upon the Estate of JOHN BROSLIN, Deceased, for an Accounting and for Other Relief, Respondent.— Motion to resettle order of February twenty-third granted, and the words " or was not " struck out, and the order is resettled to conform to the language of the decision. The words struck out were included in the order through inadvertence and the order did not conform to the decision. The stipulation between the parties settled the entire matter, recognizing in effect that Broslin and Zvirblis were the same person. It became necessary to make proof and obtain a judicial determination of the fact merely for the purpose of obtaining title insurance. There was no purpose to reopen to a new litigation the question once settled and agreed upon. The formal evidence may be presented by Richmond County Building and Mutual Loan Association on notice to the other interested parties who are at liberty to supplement the proof if it becomes necessary. If the evidence is sufficient the court will make a finding upon which a judicial determination may be entered. This will overcome the sole objection the appellant, Richmond County Building and Mutual Loan Association, had to carrying out the terms of the stipulation. No other party was aggrieved. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ. [See ante, p. 700.]

JACOB ROTHENBERG, Respondent, v. OLSHANSKY BROS., INC., etc., Appellant. — Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.

SAMUEL WOLFSON, on Behalf of Himself and Other Creditors of FISHKIND REALTY CO., INC., etc., Respondent, v. THE ÆTNA CASUALTY AND SURETY COMPANY and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.

HERMAN WOLLITZER, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.